# Exhibit 3







KONEKA An Waterproof Bucket Hat for Men Women Quick Dry Sun Hat Fishing Safari Hat Adjustable Chin Strap UV Protection

$15.99

Color

Black  Green  Blue  Beige

− 1 +  Add to cart

Buy with shop

More payment options

- Waterproof & Quick-Dry: This fishing hat can repels water instantly, perfect for rain or intense sweating
- Adjustable Headband & Chin Strap: This unisex bucket hat fits most head sizes (22-23.6inch), stays firm in wind or motion
- UPF 50+ & Shapeable Brim: With an invisible wire around brim, easily reshaped to customize the angle of shading
- Lightweight: This safari hat is foldable, easy to carry around
- Occasions: beach, park, travel, golf, safari, fishing, hiking, camping, hunting , gardening or any outdoor sports and activities



KONEKA    Home    Catalog    Contact    About Us

Black    Green    Blue    Beige

1    Add to cart

Buy with **shop**

More payment options

- Waterproof & Quick-Dry: This fishing hat can repels water instantly, perfect for rain or intense sweating
- Adjustable Headband & Chin Strap: This unisex bucket hat fits most head sizes (22-23.6inch), stays firm in wind or motion
- UPF 50+ & Shapeable Brim: With an invisible wire around brim, easily reshaped to customize the angle of shading
- Lightweight: This safari hat is foldable, easy to carry around
- Occasions: beach, park, travel, golf, safari, fishing, hiking, camping, hunting , gardening or any outdoor sports and activities



Black | Green | Blue | Beige

− 1 +    🛒 Add to cart

Buy with **shop**

More payment options

- Waterproof & Quick-Dry: This fishing hat can repels water instantly, perfect for rain or intense sweating
- Adjustable Headband & Chin Strap: This unisex bucket hat fits most head sizes (22-23.6inch), stays firm in wind or motion
- UPF 50+ & Shapeable Brim: With an invisible wire around brim, easily reshaped to customize the angle of shading
- Lightweight: This safari hat is foldable, easy to carry around
- Occasions: beach, park, travel, golf, safari, fishing, hiking, camping, hunting , gardening or any outdoor sports and activities

