# Schedule A

*CosLove Inc v. The Partnerships and Unincorporated Associations identified on Schedule "A"*

Case No.

# Schedule A

**Defendant Stores**

| Amazon.com Defendants | | |
|---|---|---|
| No. | Store Name | Store ID |
| 1 | xishanplay | AZOJNUNWQHWCY |
| 2 | qionghuiying | A1WMRRID13N5BS |
| 3 | yiganyao | A3BN0PBU8WYO9M |
| 4 | Shuo-shuo | A2LEH2OX2HTZYI |
| 5 | Early Big Deals(7-21Days Delivery) | A1A6A9DFE6QB7G |
| 6 | jingyufei | A21CKOFMJ6UPM1 |
| 7 | FZYXUAN | A1I0C9MT4DPUR9 |
| 8 | SHJIONGDZ | A3L6JHY72X9U1T |
| 9 | Women Clothing Sale-(RTT-UOI) | AWALT4F1TULCW |
| 10 | ruilanghwanju | A19OS8DEJQG3H2 |
| 11 | huizhangda | A3NRS29573C8SD |
| 12 | Tongyanmaoyi | A37ENMVBQQHP2N |
| 13 | lanmanting Prime Day 2025 | A1ALK4PC5R70B2 |
| 14 | Early Big Summer Sale Deals 2025 | A3C2CY453RH3MZ |
| 15 | XIJANG-2025 halloween+sale+clearance | ABAG6RRBHB3F0 |
| 16 | Xijand (8-15) Days Delivery | A3F21RIR65A8GQ |
| 17 | TOLKOL | A20KBQI9K4HTQQ |
| 18 | XC^we-promo code:BIGDEAL77 | A38P2W1L2NM0CF |
| 19 | Muised | A10GEELGXGJ8AI |
| 20 | yuanYIMai | AKQJWIB88K2ZZ |
| 21 | ZHAICHI | A3IW2WUIKNLID8 |
| 22 | fanmpghleoo - Clothes Specialty Stores | A2X3I26Q9UOPEB |
| 23 | SdGgsgv Womens Gifts for Summer Deals | A1K8V683N7SH0Q |
| 24 | Elneeya Fashion Store | AQAIOY43XPX3I |
| 25 | Numaller Clothing | A1WZGPUO17TJO6 |

| | | |
|---|---|---|
| 26 | Mens Clothing Online Store | A1VSFYR8AJ83WI |
| 27 | YUNxun | A1M9K157MVK5O9 |
| 28 | yakyamgi fall Winter Clothes Gifts | AW036DS97HKHU |
| 29 | Yu Tai TU | A3BKZGOVTL97MF |
| 30 | QuintonJ | A9V544ODZ1EXF |
| 31 | NC11-22 | A1UPCKF17BOHIC |
| 32 | LTFDDP | ANZWPZ9SE1V34 |
| 33 | SenBeiShangMao | A2F4DIPL4A1SO6 |
| 34 | ZMIMING | A50TZLL85HBFZ |
| 35 | DAYEGAKL | A3GM1SOGCZLA7X |
| 36 | MJTRFEDVB | A3R59N3MR54YMT |
| 37 | QIONGXIE | A14TSMGFCZM3FM |
| 38 | TAOTAL | A1DKGERGK3D9S5 |
| 39 | XUYAWAN | A1CAHCSJK5WVNL |
| 40 | ChongHongShip | A21SO2VOPPKMA7 |
| 41 | Fengna | A2WO2XQ7F66QX5 |
| 42 | Chasmo | A2EZ0T9YH9F3BU |
| 43 | YunYixuanhua | A3S3M7GL92GDTW |
| 44 | Zhongqimaoyi | A3QOYK0UV8WHUU |
| 45 | Jinhewanju | A2F57IBYX853A6 |
| 46 | ABoy Store | A1XQ4TXUJPIJOL |
| 47 | hengyuanshu | A2NB72SAQFZW02 |
| 48 | OUBTUE | A2Z59ZX4R19T4 |
| 49 | HUAzhi | A2L429OJMLDYXB |
| 50 | WANGJIL | A10C5Y66XHFO2C |
| 51 | KLOJIPOX | ACA3PKRR1PPM3 |
| 52 | DIDAHUA | A2JZ9OP1H8MR9W |
| 53 | Jiaeee | AT2QSW5W1CGNX |
| 54 | 新野县锦锋商贸有限公司 | AC0N4H7KBF6B3 |
| 55 | Zhongguo-Cai | AL4PE5UQQQE0J |
| 56 | AtlanTec | AP1FZ5LJCYNAR |
| 57 | WZIYI poster shop | AGQYO5YJ58VN7 |
| 58 | LHAO Art Poster Shop | A3VCBOP5AJCL4O |
| 59 | haohongshengwukeji | A3KJGID07VAIYK |
| 60 | GoShine LLC | AR3S4SED0I5TN |
| 61 | Casticx | A2YB05WO1P65T4 |

| 62 | WangHaiDong2025 | A3MW4658Q222PH |
|---|---|---|
| 63 | XuanJuBaiHuo | ASQKOF97BQ8Y6 |
| 64 | HaoRongNongYe | A1MXF7HEQ9M1JW |
| 65 | vanyew | A24A2QW089Z7ER |
| 66 | XIAODIANQIKEN | A2WM7H6QTWHT7Q |
| 67 | pengchengwanlistore | A3235POII8AMSZ |
| 68 | gideris | A5NO65P413EUW |
| 69 | juecs | A3MDFY1QGZ91RB |
| 70 | LengWei ShangMao | A36HJ2K2PKCD53 |
| 71 | LISERV-US | A1CYDJ1D2YKJPW |
| 72 | AEE0D0HX9 | AKSNLX5DTI9JU |
| 73 | XXhadeshengyouchengxin | A3RHI1CUL9KN51 |
| 74 | chengqiumokn644 | A1RQ26AS43344O |
| 75 | WangZhiCai | A327YEKN1RXLMA |
| 76 | HuJianBoShangMao | A2K0HTZZ47JLCX |
| 77 | YIWULA | A10RK0NHNFD686 |
| 78 | WenChai | A2TQ99576X2HG6 |
| 79 | AGUROS | A3IUU34T5WPR0G |
| 80 | yehuanlong | A1KZY8B3R3FPZY |
| 81 | WYBDY-US | A13W2ME2TAM54D |
| 82 | LinGuBin2024 | A3DTAEX3PYHW1V |
| 83 | WYD-us | A2NLUOXZE2XWY |
| 84 | LGZQH-US | A8U30W0ILHJUG |
| 85 | JUNTONGfushi | AS3EWKDMO3O62 |
| 86 | Farouche Direct | AZ2E2BAA3YLFM |
| 87 | shanxitianyuezhongchengwenhuachuanmeiyouxiangongsi | A2QMSFVXFPGGC9 |
| 88 | shangraoshibinhaitiyuwenhuafazhanyouxiangongsi | A173YF3QUSLL9D |
| 89 | XINxian | A25UZXSNH44O2S |
| 90 | guang zhou ru xing ke ji you xian gong si | A2X40Q2D2LPVR3 |
| 91 | Xiamenhuiningtaoshangmaoyouxiangongsi | AJ5JU232URTJG |
| 92 | sopao | A23PVC0IK0LGQ5 |
| 93 | zhencaishop | A6OIHDZVPIZOV |
| 94 | LIUXIDAN store | A3S6ECFL0S5F6W |
| 95 | WuHaiZhiEDSRGYTsrd | AJWDXDLAXRFJC |
| 96 | ChenMengYusg4dsf | A15TH8YBZTOL48 |
| 97 | LiZhenNanSFA345H | A1MXFICVL5SX5 |

| 98  | WangXiangsg1sgse | A39QXDS3YJA1AZ |
|-----|---|---|
| 99  | LiuJinLingFSFEWTFG | AIHKBG5WN8CNL |
| 100 | shanxitianyuezhongchengwenhuachuanmeiyouxiangongsi | A2QMSFVXFPGGC9 |
| 101 | jilinshengxuanaodewenhuachuanboyouxiangongsi | ALZ4JBE7HB7NO |
| 102 | zhaoyangjinyuanzhuzaoyouxiangongsi | A2GG7124CRPSOF |
| 103 | guizhouchengxinjianshegongchengzixunyouxiangongsi | A1X5ZL6Q88TM8D |
| 104 | zibojutongshangmaoyouxiangongsi | A2ZEOQ9R4YOZKS |
| 105 | ZHAOshibo | A1M7DGQL40QXUZ |
| 106 | 溆浦县防倦角商贸有限公司 | A22K3YK1X2JAF7 |
| 107 | Huzhoupengruimaoyiyouxiangongsi | A22231O0PWJ4FF |
| 108 | inyanwenhuachuanb156561561 | A12ZUCE44U4B7X |
| 109 | tianjinzhengyuhuanbaokejiyouxiangongsi | ABH7AL8ASAH5H |
| 110 | nshihuachenlaowuf25665 | A3849UMVL3XQYO |
| 111 | houshijiafeimaoyi156 | A3R3A42EGZ5V7A |
| 112 | wuhantaizicanyinyouxiangongsi | A1KR6SIVS3PS8Z |
| 113 | shanxilongyangtongdabanjiafuwuyouxiangongsi | A3HO0ZDBAOZX8Z |
| 114 | prtmaoyi | A2SXE1TRZXTQEX |
| 115 | linyiluozhuangyishengjiajuxiaoshouyouxiangongsi | A1KT6QKRYYDHH1 |
| 116 | weihongyunlian | A1KXEP1HXVFRB |
| 117 | youyiyunzhi | A3QPSIBAS7KUR3 |
| 118 | asdasd232111 | A4J6NBTZAC521 |
| 119 | Noah Johnson LLC | A2KQWBFILYF4K0 |
| 120 | vanessa Anne Adams-Davis | A20P3ON9YKHAHE |
| 121 | Ashley DeGroat | A2C7NGP3MIOE38 |
| 122 | Monica Schultz 001 | AKZOLN8F1QPN2 |
| 123 | VORTEXNEST MEDIA | AD97TOR94FBMJ |
| 124 | Hannah Ring | A2MWURR06TV3IS |
| 125 | MYKORA-SUPERFOODS | A1IEDKM83Y4EG6 |
| 126 | TUANTUANABC Limited | A2OYG1QHA7YWC8 |
| 127 | ChefNest RV Supply | A67UEEM8867X1 |
| 128 | Choistily | A32GRUDQBSXHZH |
| 129 | ZongShan Jewelry | AXHINWMCKSKK7 |
| 130 | Xiamenshihaozongguimaoyiyouxiangongsi | A3RC3HA7ZSLUUL |
| 131 | YZUSA | AWMR3P3ETYB7Q |